**Bryce M. TULLER, Plaintiff—
Appellant,**

v.

**D. BRAXTON; J. Armentrout; R.
Fowler; L. Huffman; R. Ange-
lone, Defendants—Appellees,**

and

**Unnamed Defendants, Defendant.**

No. 04–7612.

United States Court of Appeals,
Fourth Circuit.

Submitted April 20, 2005.

Decided April 28, 2005.

Bryce M. Tuller, Appellant pro se.
Richard Carson Vorhis, Office of the At-
torney General of Virginia, Richmond, Vir-
ginia, for Appellees.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Bryce M. Tuller appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Tuller v. Braxton,* No. CA–02–1297–7 (W.D.Va. filed Sept. 17, 2004; entered Sept. 22, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*